IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

2ND DIVISON

**ELECTRONICALLY FILED**

APR 0 4 2012

TIME: 1:46:55 P.M.

CASE #: 60CV-2012-1180

# 1795I684

TYLER A. HANSEN                                                 PLAINTIFF

V.                              CASE #: 60CV-2012-1180

USAA FEDERAL SAVINGS BANK                          DEFENDANT

## PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW the Plaintiff, Tyler A. Hansen, and for his Complaint against Defendant

USAA Federal Savings Bank, does hereby state and allege as follows:

## 1.     INTRODUCTION, PARTIES, AND JURISDICTION

1.1     This is an action for damages brought by an individual consumer for Defendant's

violations of the Telephone Consumer Protection Act 47 U.S.C. § 227, *et seq.*

1.2     The Plaintiff, Tyler A. Hansen, hereto referred to as "Plaintiff" or "Mr. Hansen",

is a resident of Sherwood, Pulaski County, Arkansas.

1.3     The Defendant, USAA Federal Savings Bank, hereto referred to as "Defendant"

or "USAA", has a principal operating location of 10750 McDermott Freeway, San Antonio, TX,

78288.

1.4     This Court has jurisdiction over this case pursuant to Ark Code Annot 16-13-201

By: Certmail

Date: 4-11-12

Del'd to: LINDA ALLEN

CLO Admin

Dept:

Date: APR 1 2 2012

1.5     Venue is proper in this Court in that the Defendant has transacted business here, and the conduct complained of occurred, and continues to occur here pursuant to 47 U.S.C. § 227(f)(4), and Ark Code Ann. 16-66-116.

## 2.     FACTUAL STATEMENT

2.1     Plaintiff's cellular telephone number is, and at all times relevant, 501-425-0238.

2.2     Defendant's primary telephone number is, and at all times relevant, 1-800-531-0533.

2.3     On February 27, 2012 Mr. Hansen spoke with a representative of USAA by the name of Tami, with an employee number of 94886 via telephone to the number referred to in ¶2.2. A true and correct transcript of this telephone conversation is attached and hereto referred to as "Exhibit A".

2.4     During the aforementioned telephone call Mr. Hansen informed Tami that he rescinded his authorization for USAA to contact him via his cellular telephone due to the inconvenience caused by Defendant's continued attempts to contact Mr. Hansen via his cellular telephone.

2.5     Mr. Hansen provided his home address to Defendant's representative as the primary means of future communication via USPS mail.

2.6     The Telephone Consumer Protection Act, 47 U.S.C. § 227, states:

*(b) RESTRICTIONS ON THE USE OF AUTMOATED TELEPHONE EQUIPMENT*

*(1)  PROHIBITIONS.—It shall be unlawful for any person within the United States, or any person outside the United States if the recipient is within the United States—*

*(A)  to make any call (other than a call made for emergency purposes or made with the prior express consent of the called party) using any automatic telephone dialing system or an artificial or prerecorded voice—*

*(iii) to any telephone number assigned to a paging service, cellular telephone service, specialized mobile radio service, or other radio common carrier service, or any service for which the called party is charged for the call.*

3.      **VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT**

3.1      Plaintiff fully adopts and incorporates all paragraphs set forth herein.

3.2      On March 3, 2012 at 11:51AM Defendant, by way of automatic telephone dialer called Mr. Hansen's cellular telephone, the phone number by which is referenced in ¶2.1.  A true and correct photograph of Mr. Hansen's telephone caller ID is attached hereto and shall be referred to as "Exhibit B".

3.3      On March 3, 2012 again at 11:51 AM Defendant, by way of automatic telephone dialer called Mr. Hansen's cellular telephone, the phone number by which is referenced in ¶2.1. A true and correct photograph of Mr. Hansen's telephone caller ID is attached hereto and shall be referred to as "Exhibit C".

3.4     On March 3, 2012 at 12:30 PM Defendant, by way of automatic telephone dialer called Mr. Hansen's cellular telephone, the phone number by which is referenced in ¶2.1.  A true and correct photograph of Mr. Hansen's telephone caller ID is attached hereto and shall be referred to as "Exhibit D".

3.5     On March 3, 2012 again at 12:30 PM Defendant, by way of automatic telephone dialer called Mr. Hansen's cellular telephone, the phone number by which is referenced in ¶2.1. A true and correct photograph of Mr. Hansen's telephone caller ID is attached hereto and shall be referred to as "Exhibit E".

3.6     On March 8, 2012 at 3:40 PM Defendant, by way of automatic telephone dialer called Mr. Hansen's cellular telephone, the phone number by which is referenced in ¶2.1.  A true and correct photograph of Mr. Hansen's telephone caller ID is attached hereto and shall be referred to as "Exhibit F".

3.7     On March 19, 2012 at 2:57 PM Defendant, by way of automatic telephone dialer called Mr. Hansen's cellular telephone, the phone number by which is referenced in ¶2.1.  A true and correct photograph of Mr. Hansen's telephone caller ID is attached hereto and shall be referred to as "Exhibit G".

3.8     On March 21, 2012 at 3:54 PM Defendant, by way of automatic telephone dialer called Mr. Hansen's cellular telephone, the phone number by which is referenced in ¶2.1.  A true and correct photograph of Mr. Hansen's telephone caller ID is attached hereto and shall be referred to as "Exhibit H".

3.9     On March 21, 2012 again at 3:54 PM Defendant, by way of automatic telephone dialer called Mr. Hansen's cellular telephone, the phone number by which is referenced in ¶2.1. A true and correct photograph of Mr. Hansen's telephone caller ID is attached hereto and shall be referred to as "Exhibit I".

3.10     On March 26, 2012 at 2:12 PM Defendant, by way of automatic telephone dialer called Mr. Hansen's cellular telephone, the phone number by which is referenced in ¶2.1. A true and correct photograph of Mr. Hansen's telephone caller ID is attached hereto and shall be referred to as "Exhibit J".

3.11     On March 29, 2012 at 3:39 PM Defendant, by way of automatic telephone dialer called Mr. Hansen's cellular telephone, the phone number by which is referenced in ¶2.1. A true and correct photograph of Mr. Hansen's telephone caller ID is attached hereto and shall be referred to as "Exhibit K".

3.12     On April 2, 2012 at 3:19 PM Defendant, by way of automatic telephone dialer called Mr. Hansen's cellular telephone, the phone number by which is referenced in ¶2.1. A true and correct photograph of Mr. Hansen's telephone caller ID is attached hereto and shall be referred to as "Exhibit L".

3.13     On April 3, 2012 at 3:15 PM Defendant, by way of automatic telephone dialer called Mr. Hansen's cellular telephone, the phone number by which is referenced in ¶2.1. A true and correct photograph of Mr. Hansen's telephone caller ID is attached hereto and shall be referred to as "Exhibit M".

3.14    On April 3, 2012 again at 3:15 PM Defendant, by way of automatic telephone dialer called Mr. Hansen's cellular telephone, the phone number by which is referenced in ¶2.1. A true and correct photograph of Mr. Hansen's telephone caller ID is attached hereto and shall be referred to as "Exhibit N".

3.15    In addition to the forgoing, Defendant has and continues to make additional auto-dialed telephone calls to Plaintiff's cellular telephone. The number of said additional telephone calls shall be established during discovery and proven at trial.

3.16    Each telephone call after the February 27, 2012 conversation is a willful violation of the Telephone Consumer Protection Act, 42 U.S.C. § 227, section (b)(1)(A)(iii).

3.17    The Telephone Consumer Protection Act, 42 U.S.C. § 227, section (b)(3)(C) states that "*If the court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under subparagraph (B) of this paragraph*"

## 4.    JURY DEMAND

4.1    Mr. Hansen requests a Jury Trial

**WHEREFORE**, Plaintiff Tyler A. Hansen, respectfully prays that he be awarded a judgment against the Defendant USAA Federal Savings Bank, in the amount of the total number of calls proven in court, for a total of $1500.00 (fifteen hundred US dollars) per each call proven, as allowed by the TCPA, together with interest at the rate of 5% per annum from the date of

judgment until paid; together with reasonable attorney's fees, all costs associated with this action, and all other relief to which he is entitled.

Respectfully Submitted,

Tyler A. Hansen
13 Post Oak Loop
Sherwood, AR 72120

**Transcripts from telephone call to USAA FSB from 501-425-0238 to 1-800-531-0533 on 27 February 2012 at 12:24 CST.  Call duration 18:19.**

**AUTOMATED ANSWERING MACHINE:**  Thank you for calling USAA, your call may be monitored or recorded for verification and quality assurance.

**RINGING**

**USAA REPRESENTATIVE:**  Thank you for trusting USAA my name is <INAUDABLE>, may I have your USAA member number please?

**TYLER HANSEN:** Yes, 17951684

**USAA REPRESENTATIVE:**  Ahh Perfect, just one moment please. <DELAY> Okay, may I have your name please?

**TYLER HANSEN:** My name is Tyler Hansen

**USAA REPRESENTATIVE:**  Okay, Thank you Sergeant Hansen, I'm going to pull up your information here, it looks like you have a telephone password Sergeant Hansen, what is your telephone password please?

**TYLER HANSEN:**  Fitness Center

**USAA REPRESENTATIVE:**  Yes Sir, Thank you very much, and one more quick question here Sergeant for verification purposes can you give me the name of your spouse and date of birth?

**TYLER HANSEN:**  Jeana Hansen 11 8 of 78 [eleven, eight, of seventy eight]

**USAA REPRESENTATIVE:**  Okay, very good, thank you sir, and I do need to state Sergeant Hansen, since you've reached my department that this communication is an attempt to collect a debt and any information obtained would be used for that purpose, how can I assist you today sir?

**TYLER HANSEN:** May I speak with a supervisor please?

**USAA REPRESENTATIVE:**  Okay... This is in regards to a... uh.. Credit Card account?

**TYLER HANSEN:** Yes.

**USAA REPRESENTATIVE:**  Okay, I just needed to know what department I needed to reach.  Is there anything that I can help you with?

**TYLER HANSEN:**  I've spent the last 30 [thirty] minutes on hold with two different individuals from your specific department, umm, both of which have been very rude and hung up on me.  Umm... So I'd like to go directly to a supervisor this time.

**USAA REPRESENTATIVE:** Okay, I apologize for that sir, let me place you on a brief hold while I get a supervisor on the line, one moment, okay?

**TYLER HANSEN:** Thank you.

**TYLER HANSEN:** Thank you.

**USAA REPRESENTATIVE:** Okay sir.

**HOLD MUSIC**

**USAA REPRESENTATIVE:** Sergeant Hansen!

**TYLER HANSEN:** Yes?

**USAA REPRESENTATIVE:** Thank you so much for holding; I have my supervisor on the line, Tami, and so she is going to take over the call from here okay?

**TYLER HANSEN:** Thank you for your help.

**USAA REPRESENTATIVE:** You are very welcome, and thank you for trusting USAA, have a good day sir.

**TYLER HANSEN:** You too.

**USAA REPRESENTATIVE:** Thanks.

**TAMI – USAA SUPERVISOR:** Hi Sergeant Hansen, this is Tami, I am a supervisor, how can I help you this morning sir?

**TYLER HANSEN:** Uh.. Yes Ma'am, I have called, this is actually my third call in umm... The first two individuals that I spoke with became very rude to me and hung up on me and hung up on me when I began asking questions, um, basically I got a couple questions that I need answers to and uh my first question is What Federal law stipulates that when I get transferred to your department your um, uh, your call center folks are required to give the "mini-miranda"?

**TAMI – USAA SUPERVISOR:** It's um a Federal Law that USAA is enforcing.  Not all states require us to say that...

**TYLER HANSEN:** Uhhh Huh

**TAMI – USAA SUPERVISOR:** But because our members are all over the United States and the world in that fact, we do that on every call...

**TYLER HANSEN:** Right...

**TAMI – USAA SUPERVISOR:** We can't <INAUDABLE> the phone call unless the "mini-miranda" is stated and our outbound monitored statement which is "This call may be monitored for quality and training purposes." We cannot answer any questions regarding the account until that has been done.

**TYLER HANSEN:** Right, I understand that, I just want to know what the actual law is, what, what law is it?

**TAMI – USAA SUPERVISOR:** Um... I can find out for you sir, give me one second, okay?

**TYLER HANSEN:** Okay, thank you.

**TAMI – USAA SUPERVISOR:** You're welcome.

**HOLD MUSIC**

**TAMI – USAA SUPERVISOR:** Sergeant Hansen, Thank you very much for holding, what we have here is state law, some states require that a debt collector make a specific disclosure when attempting to collect a debt. This disclosure is commonly known as the "mini-miranda".

**TYLER HANSEN:** Yes ma'am. So that is a state law, not a federal law?

**TAMI – USAA SUPERVISOR:** It's a state law.

**TYLER HANSEN:** What state?

**TAMI – USAA SUPERVISOR:** We are governed by the FDCPA.

**TYLER HANSEN:** Which is a Federal law.

**TAMI – USAA SUPERVISOR:** Ummm Hummm....

**TYLER HANSEN:** So... You.... You've got me confused. Now you say you're giving it under a state law but you are governed by the FDCPA which is a Federal Law.

**TAMI – USAA SUPERVISOR:** No... Which is a Fair Debt Collection Practice Act

**TYLER HANSEN:** Right, but the Fair Debt Collection Practices Act is a Federal Law.

**TAMI – USAA SUPERVISOR:** <INAUDIBLE>

**TAMI – USAA SUPERVISOR:** Any time a debt collector is calling to, calling you regarding a debt that you owe they have to provi... State that. The "mini-miranda"

**TYLER HANSEN:** Right. I understand that, but the Fair Debt Collection Practices Act is a Federal Law, that's 10 (ten) US Code 1692g, not a state law.

**TAMI – USAA SUPERVISOR:** Where are you going with this, sir? What do you want me to do for you?

**TYLER HANSEN:** Well I.. Uh... I... Im asking you what law, now you are confusing me, you said it's a...

**TAMI – USAA SUPERVISOR:** I'M READING WHAT IS IN OUR INSTRUCTIONS! Which is called internal operations the state law some states require a debt collector to make a specific disclosure. Maybe Arkansas is not a state that we have to go by that, but like I said, because our members are all over the world we use that on every inbound and outbound call.

**TYLER HANSEN:** Right. I'm not arguing that point at all. And I am trying to be very calm and just get a few questions answered, there's no reason to get aggravated or raise your voice...

**TAMI – USAA SUPERVISOR:** NO! I just don't understand where, what you're asking me to, I'm reading you what's in what our mem, what our representatives have to tell our members on the phone.

**TYLER HANSEN:** Right, and its contradictory if it says a state law tells you to do it and your governed by the FDCPA which is a Federal Law. So I.. I.. I.. I'm confused, are you telling me that a state law is telling you to provide the "mini-miranda", or is it a Federal Law telling you to give the "mini-miranda"?

**TAMI – USAA SUPERVISOR:** It says in our instructions sir that it's a state law, and we are governed by the Fair Debt Collection Practice Act.

**TYLER HANSEN:** Okay... No do you concede that you are a debt collector under the Fair Debt Collection Practices Act?

**TAMI – USAA SUPERVISOR:** Yes we are a debt collector.

**TAMI – USAA SUPERVISOR:** We're not third party no, we are a debt collector we are not third party debt collector.

**TYLER HANSEN:** But you do concede that under the definitions in the Fair Debt Collection Practices Act that you are a debt collector?

**TAMI – USAA SUPERVISOR:** We are a debt collector, sir, yes, uh huh.

**TYLER HANSEN:** Okay.

**TAMI – USAA SUPERVISOR:** Certain area of USAA that we have our staff are debt collectors, they collect a past due amount that is due on the credit card.

**TYLER HANSEN:** Okay. So you are a debt collector. I got that. Um.. Is this call being record?

**TAMI – USAA SUPERVISOR:** I.. Don't know for sure if it is or not.

**TYLER HANSEN:** Okay, do you have a way to verify that it is?

**TAMI – USAA SUPERVISOR:** In like about an hour.

**TYLER HANSEN:** Do you have a way to start recording it?

**TAMI – USAA SUPERVISOR:** No I do not.

**TYLER HANSEN:** Okay, do you have a way to bring another party on the line to verify what I am about to say?

**TAMI – USAA SUPERVISOR:** Sure, I can get another manager on the line if you'd like.

**TYLER HANSEN:** Okay, that would be great.

**TAMI – USAA SUPERVISOR:** Sure, hold on just a second.

**HOLD MUSIC**

**TAMI – USAA SUPERVISOR:** Sergeant Hansen, at this time I've tried to reach three different managers and no one is available right now.

**TYLER HANSEN:** Okay. Alright. Um.. Do you have like an employee number or a method of verifying you or identifying you other than just your name?

**TAMI – USAA SUPERVISOR:** Sure, yes sir, my emp.. 94886 is my employee number.

**TYLER HANSEN:** 9 4 8 8 6 [nine four eight eight six], and are you actually located in Texas, or are you in a different call center?

**TAMI – USAA SUPERVISOR:** Im in.. Im in.. Phoenix.

**TYLER HANSEN:** In Phoenix. Okay... Alright. At this time since you can't get another party on the line I'll go ahead and initiate my call recording device um... At this time this call is being recorded.

**TAMI – USAA SUPERVISOR:** I cannot.. I cannot speak to you when you are recording my call.

**TYLER HANSEN:** Okay, uh... Well you don't have to speak, I will, Um.. I am notifying you at this time that i am rescinding my permission or my authorization for USAA to make any telephone calls to the phone number 501-425-0238 [five zero one – four two five- zero two three eight].

**TAMI – USAA SUPERVISOR:** Is that a cell phone Sergeant Hansen?

**TYLER HANSEN:** That is indeed.   And in accordance with the Fair Debt Collection Practices Act Federal Law 10 US Code 1692 it is inconvenient to contact me at my place of work, it is also inconvenient to contact any of my neighbors, or any of my fellow co-workers, or any of my family members. The best way to contact me is via USPS mail.

**TAMI – USAA SUPERVISOR:** Is there anything else Sergeant Hansen?

**TYLER HANSEN:** Um, No Ma'am, that is it. Do you understand everything I've said?

*Tyler A. Hansen V. USAA Federal Savings Bank*
**Telephone Transcripts from February 27, 2012.**
Page: 5

**TAMI – USAA SUPERVISOR:** Okay, I have removed your cell phone because you have stated that it is a cell phone and once our member tells us not to call them on their cell phone that's all we can do. Um just to let you know that if your account does go too far past due and there is no contact at all made from you via phone or via mail that we do skip-trace so we will contact relatives to find a good telephone number for you.

**TYLER HANSEN:** Uh..  Actually in accordance with the Fair Debt Collection Practices Act which you have conceded that you are governed by once a debt collector is notified that it is inconvenient to contact somebody at any time or any place that is a violation of the Fair Debt Collection Practices Act, it is also a violation of the Arkansas Fair Debt Collection Practices Act, that is also a violation of the Telephone Consumer Protection Act, that is also a violation of the Arkansas Deceptive Trade Practices Act, and that is also a violation of the Federal Deceptive Trade Practices Act.  You have been notified that it is inconvenient to contact any neighbors, any colleagues, any relatives, any associates, at any time, at any place, by any means, the best way to contact me is via USPS mail with the address that you have on file, and if you would like, I can verify that mailing address with you.

**TYLER HANSEN:** I take it by your lack of an answer that you do not want me to verify that, however, I will go ahead and verify that the mailing address is 13 Post Oak Loop, Sherwood, AR, 72120, the mailing address in which I have received numerous correspondence from you over several years, the same address that you have on file, and as said, it is inconvenient and I have rescinded your or my authorization for you to contact me at the phone number 501-425-0238 [five zero one - four two five – zero two three eight], it is inconvenient to contact me at work, it is inconvenient to contact any neighbors, co-workers, colleagues, friends, or family, at any time, at any place, by any mean, this is all in accordance with the Fair Debt Collection Practices Act 10 US Code 1692, The Arkansas Fair Debt Collection Practice Act, the Arkansas Deceptive Trade Practices Act, the Telephone Consumer Protection Act, and the Federal Consumer Protections Act.

**TAMI – USAA SUPERVISOR:** Is there anything else I can help you with today Sergeant Hansen?

**TYLER HANSEN:** Uh... Do you have any other questions ma'am?

**TAMI – USAA SUPERVISOR:** Um, no I do not, thank you for your time, you have a good day today sir.

**TYLER HANSEN:** Alright, thank you for hanging up on me.

I, Tyler A. Hansen, do hereby attest that the above type-written transcripts are true and correct transcripts of the telephone call aforementioned to the best of my ability.

Signed: Tyler A. Hansen                                    Date

Subscribed and sworn to before me this _____ day of _____, 2012, by Tyler A. Hansen.

Notary Public

**Recents**   **Info**

# (800) 531-0533

---

## Incoming Calls          ## March 3, 2012

### 11:51 AM    missed

---

### Call

### FaceTime

### Send Message

---

### Create New Contact    *EXHIBIT B*






# (800) 531-0533

## Incoming Calls                    March 3, 2012

11:51 AM     1 second

Call

FaceTime

Send Message

Create New Contact

*EXHIBIT C*

**Recents**   **info**

# (800) 531-0533

## Incoming Calls                    March 3, 2012
## 12:30 PM     missed

Call

FaceTime

Send Message

Create New Contact







Recents Info

# (800) 531-0533

## Incoming Calls                    March 3, 2012

12:30 PM    29 seconds

Call

FaceTime

Send Message

Create New Contact

*EXHIBIT E*

**Recents**   **Info**

**(800) 531-0533**

## Incoming Calls                **March 8, 2012**

3:40 PM    missed

Call

FaceTime

Send Message

Create New Contact

*EXHIBIT F*

# (800) 531-0533

---

## Incoming Calls                 March 19, 2012

2:57 PM     missed

---

Call

FaceTime

Send Message

---

Create New Contact

 

**Recents**   info

# (800) 531-0533

## Incoming Calls          March 21, 2012

15:54     missed

Call

FaceTime

Send Message

Create New Contact

EXHIBIT
1

**Recents**    **Info**

# (800) 531-0533

## Incoming Calls    ## March 21, 2012

15:54    2 minutes

## Outgoing Calls

15:58    cancelled

Call

FaceTime

Send Message

*EXHIBIT I*

**Recents**   **Info**

**(800) 531-0533**

## Incoming Calls          March 26, 2012

14:12     missed

Call

FaceTime

Send Message

Create New Contact     EXHIBIT J

**Recents**   **Info**

## (800) 531-0533

**Incoming Calls**          **March 29, 2012**

15:39      missed

Call

FaceTime

Send Message

Create New Contact



   

# (800) 531-0533

## Incoming Calls                          April 2, 2012

15:19   missed

Call

FaceTime

Send Message

Create New Contact

EXHIBIT

**Recents**   info

# (800) 531-0533

## Incoming Calls                    April 3, 2012
### 15:15    missed

Call

FaceTime

Send Message

Create New Contact



**Recents**   **Info**

# (800) 531-0533

## Incoming Calls                    April 3, 2012

15:15          9 seconds

## Outgoing Calls

15:28          cancelled

---

**Call**

**FaceTime**

**Send Message**

*EXHIBIT N*








Hansen
13 Post Oak Loop
Sherwood, AR 72120



7011 3500 0002 5936 1199



NO

1000

78288

**RESTRICTED
DELIVERY**

**RETURN RECEIPT
REQUESTED**

USAA Federal Savings Bank
ATTN: Teresa Hargis
10750 McDermott Freeway
San Antonio, TX 78288

**RESTRICTED
DELIVERY**

**RESTRICTED
DELIVERY**

**RETURN RECEIPT
REQUESTED**

**RESTRICTED
DELIVERY**

Post Master, please get Signature Printed name and Date of Delivery

**RESTRICTED
DELIVERY**

**RESTRICTED
DELIVERY**

**RETURN RECEIPT
REQUESTED**

**RETURN RECEIPT
REQUESTED**

**RESTRICTED
DELIVERY**

**RESTRICTED
DELIVERY**

County Of Bexar
State Of Texas

Cause # ___60 CV 121180___



ELECTRONICALLY FILED
2012-Apr-04 13:45:55
_ 1180

## OFFICER'S RETURN

Came to hand ___MAR 1 6 2012___ Day of _____, AD 2012, at ___12:28___

O'Clock ___ PM and executed the ___22___ Day of ___MArch___ 2012

In Bexar County at ___1153___ O'Clock ___A___ M, by delivering to:

___USAA Federal Saving Bank   To Teresa Hargis___

___Personal Banking___

Not Executed: _____

Served at: ___10750 McDemott Freeway___

City ___San Antonio___ State ___Texas___ Zip ___78240___

Sheriff's Fee $ ___60___

TYPE OF PAPERS SERVED:

___Summons___

_____

_____

AMADEO ORTIZ
BEXAR COUNTY SHERIFF

Bexar County, Texas

By: _____ #833

Sworn to and subscribed before me this ___23___ Day of ___March___ AD 2012

_____
Notary Public, Bexar County, Texas

My Commission Expires:

___4-20-13___

IRMA RAMOS
Notary Public
STATE OF TEXAS
Commission Exp. 04-20-2013

USAA Federal Savings Bank

Teresa Hargis
Personal Banking

10750 McDermott Freeway
San Antonio, Texas 78288

1-800-531-USAA / Fax: 1-800-531-5717
E-Mail: www.usaa.com