IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| TYLER A. HANSEN, | * |
| | * |
| Plaintiff, | * |
| vs. | *   No. 4:12-cv-00237-SWW |
| | * |
| | * |
| USAA FEDERAL SAVINGS BANK, | * |
| | * |
| Defendant. | * |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed without prejudice.

IT IS SO ORDERED this 11th day of October 2012

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE